*Cedarbaum, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHNNY RIVAS and RUPERTO CASTELLANOS,
Individually, and on Behalf of All Other
Persons Similarly Situated,

                        Plaintiffs,

      -against-

ROSSO ENTERPRISES CORP. d/b/a Aqua Restaurant,
ALBERTO BAUDO, VALERIO RUBINO,
and JOHN DOES # 1-10,
                        Defendants.
---------------------------------------------------------------x

ECF
09-CV-9564 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/10

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed (a) against Defendants ROSSO ENTERPRISES CORP. d/b/a Aqua Restaurant, and ALBERTO BAUDO, with prejudice and without costs or attorneys' fees as to Plaintiffs JOHNNY RIVAS and RUPERTO CASTELLANOS AND JUAN CARLOS PERALTA, (b) against Defendant VALERIO RUBINO without prejudice and without costs or attorneys' fees as to Plaintiffs JOHNNY RIVAS and RUPERTO CASTELLANOS AND JUAN CARLOS PERALTA, and (c) against Defendants ROSSO ENTERPRISES CORP. d/b/a Aqua Restaurant, and ALBERTO BAUDO, without prejudice and without costs or attorneys' fees as to Cross-Plaintiffs VALERIO RUBINO. The Court retains jurisdiction over the enforcement of the Settlement Agreement resolving this action.

1

Dated: November 30, 2010
      New York, New York

William C. Rand, Esq.
Law Office of William Coudert Rand
Attorneys for Plaintiff
228 East 45th Street., 17th Floor
New York, New York 10017
(Phone) 212-286-1425
Attorney for Plaintiffs

Jeremy Panzella, Esq.
Rosabianca and Associates, PLLC
Attorneys for Defendants
40 Wall Street, 31st Floor
New York, New York, 10005
(Phone) 212-269-7722
Attorney for Defendants
ROSSO ENTERPRISES CORP. d/b/a
Aqua Restaurant, and ALBERTO
BAUDO

Paul W. Verner, Esq.
Verner Simon, P.C.
110 Wall Street, 11th Floor
New York, NY 10005
Tel: (212) 502-5500
Attorney for VALERIA RUBINO

SO ORDERED December 13, 2010


United States District Judge